# United States Court of Appeals for the Federal Circuit

July 19, 2013

**ERRATA**

Appeal No. 2011-1619, -1620, -1635, -1639

**ALLERGAN, INC.**

v.

**SANDOZ INC., ALCON LABORATORIES, INC., ALCON RESEARCH, LTD., ALCON, INC., AND FALCON PHARMACEUTICALS, LTD.**

AND

**APOTEX INC. AND APOTEX CORP.**

AND

**WATSON LABORATORIES, INC.**

Decided: May 1, 2013

Precedential Opinion

Please make the following changes:

On page 4, line 30, change "timolol" to --brimonidine-- and on line 31 change "brimonidine" to --timolol--.